UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN MEDICAL PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BREG, INC., a California corporation,<br><br>Defendant. | Case No.: 21-CV-631 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO MODIFY THE CLAIM CONSTRUCTION HEARING DATE**<br><br>(ECF No. 59) |

Presently before the Court is Plaintiff Aspen Medical Products, LLC's *Ex Parte* Motion to Modify the Claim Construction Hearing Date ("Mot.," ECF No. 59). A claim construction hearing presently is scheduled for 9:00 a.m. on June 23, 2022. *See* ECF No. 53. Lead counsel for Plaintiff is participating in a memorial that conflicts with the scheduled hearing date. *See* Mot. at 3. In light of Plaintiff's counsel's conflict, Defendant Breg, Inc., does not oppose Plaintiff's request to move the hearing date. *See id.*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court offers its condolences to Plaintiff's lead counsel and, good cause appearing, **GRANTS** the Motion. The Court hereby **CONTINUES** the claim construction hearing to 9:00 a.m. on Tuesday, July 19, 2022, in Courtroom 4D of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101.

**IT IS SO ORDERED.**

Dated: May 11, 2022

Hon. Janis L. Sammartino
United States District Judge