UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN MEDICAL PRODUCTS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BREG, INC., a California corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-CV-631 JLS (MDD)<br><br>**ORDER VACATING THE CLAIM CONSTRUCTION HEARING DATE IN LIGHT OF PENDING SETTLEMENT** |

　　　A claim construction hearing presently is scheduled in the above-referenced matter for 9:00 a.m. on July 19, 2022. *See* ECF No. 60. However, on July 1, 2022, counsel for both Parties informed the Court by telephone that they had reached a tentative settlement in this matter. Accordingly, the Court **VACATES** the claim construction hearing in light of the pending settlement of this litigation.

　　　**IT IS SO ORDERED.**

Dated: July 11, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge