UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN MEDICAL PRODUCTS, LLC,<br><br>                                            Plaintiff,<br><br>v.<br><br>BREG, INC., a California corporation,<br><br>                                            Defendant. | Case No.: 21-CV-631 JLS (MDD)<br><br>**ORDER APPROVING STIPULATED DISMISSAL WITH PREJUDICE AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE FILE**<br><br>(ECF No. 62) |

      Presently before the Court is the Parties' Stipulated Dismissal with Prejudice ("Stip.," ECF No. 62). The Stipulation indicates that the Parties agree to dismiss with prejudice all claims, counterclaims, and defenses asserted in the action and that each Party shall bear its own costs and attorneys' fees. *See id.* at 2. Good cause appearing, the Court **APPROVES** the Stipulation and **DISMISSES WITH PREJUDICE** the above-named action in its entirety. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: July 19, 2022

Hon. Janis L. Sammartino
United States District Judge